**02–158. State v. Staton.**
Miami App. No. 2001CA10.

This cause is pending before the court as a discretionary appeal and claimed appeal of right. On March 11, 2002, this court ordered appellant to show cause why this appeal should not be dismissed. Whereas appellant has not filed a response to the show cause order,

IT IS ORDERED by the court, *sua sponte*, that his cause be, and hereby is, dismissed.